UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  | |
|---|---|
| , <br> Plaintiff(s) <br> v. <br> , <br> Defendant(s) | Case No. C <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

❒ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

❒ **Mediation** (ADR L.R. 6)

❒ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

❒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

❒ other requested deadline:

Date:                                    Signed: _____
                                                         Attorney for Plaintiff

Date:                                    Signed: _____
                                                         Attorney for Defendant

❒ IT IS SO ORDERED
❒ IT IS SO ORDERED WITH MODIFICATIONS:

_____
U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 6-2016*