Daniel B. Beck, Esq.   SBN 63865
Evan M. Livingstone, Esq.   SBN 252008
**BECK LAW, P.C.**
2681 Cleveland Avenue
Santa Rosa, CA   95403
Telephone:    (707) 576-7175
Facsimile:    (707) 576-1878
Email: danbeck@becklaw.net
          evanmlivingstone@gmail.com

Attorneys for Plaintiff, DON McCOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| **DON McCOMAS**, an individual, | Case No.: 3:16-CV-02705-TEH |
| Plaintiff, | *Hon. Thelton E. Henderson* |
| vs. | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15** |
| **CITY OF ROHNERT PARK** and **DAVID RODRIGUEZ,** | |
| Defendants. | Courtroom: 2 |
| | Action Filed: May 18, 2016<br>Trial Date:    None |

    Pursuant to Civil L.R. 3-15, counsel for Plaintiff certifies that as of this date, other than the named parties, there is no such interest to report, as far as counsel is aware.

Dated: July 18, 2016                Respectfully submitted,

                                    **BECK LAW, P.C.**


                                    By:    /s/Pamela J. Anderson
                                        Pamela J. Anderson, Esq.
                                        Attorneys for Plaintiff, DON McCOMAS

-1-
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO
LOCAL RULE 3-15

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SONOMA

I am employed in the City and County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 2681 Cleveland Avenue, Santa Rosa, CA 95403

On the date set forth below, I served the following document(s) described as:

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15**

On the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Telephone/ Facsimile/Email | Party |
|---|---|---|
| Raymond J. Fullerton, Esq.<br>GEARY, SHEA, O'DONNELL,<br>GRATTAN & MITCHELL, P.C.<br>90 S. E Street, Suite 300<br>Santa Rosa, CA 95404 | Tel: (707) 545-1660<br>Fax: (707) 545-1876<br>Email: | Attorneys for Defendants<br>CITY OF ROHNERT<br>PARK and DAVID<br>RODRIGUEZ |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger will be filed under separate cover.

☐ (FACSIMILE) I caused such document to be delivered by telecopy transmission to the

-2-
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15

offices of the addressee and received a transmission confirmation thereof.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed, I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addresses listed above by electronic mail at the email address(es) set forth above pursuant to Fed. R. Civ. P.5. (d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed. R. Civ.P.5.(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on 1st of August, 2016, at Santa Rosa, California.

_____/S/_____
Tina Vasques

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15