RAYMOND J. FULLERTON, ESQ. SBN 219264
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK and
DAVID RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON McCOMAS, | Case No. 16-cv-02705-TEH |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | (Cal. Rules of Court, Rule 8.208) |
| CITY OF ROHNERT PARK and DAVID RODRIGUEZ, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 1, 2016         GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By  */s/ Raymond J. Fullerton*
RAYMOND J. FULLERTON
Attorneys for Defendants
CITY OF ROHNERT PARK and
DAVID RODRIGUEZ