Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DON McCOMAS ,
Plaintiff(s)

v.

CITY OF ROHNERT PARK, et al, ,
Defendant(s)

Case No. C 3:16-cv-02705-TEH

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ■ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

***Note**: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ■ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: July 26, 2016 Signed: /s/ Daniel B. Beck, Esq.
Attorney for Plaintiff

Date: July 26, 2016 Signed: /s/ Raymond J. Fullerton
Attorney for Defendant

Print Form

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

[signature]
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*