Daniel B. Beck, Esq.   SBN 63865
Evan M. Livingstone, Esq.   SBN 252008
**BECK LAW, P.C.**
2681 Cleveland Avenue
Santa Rosa, CA   95403
Telephone:    (707) 576-7175
Facsimile:    (707) 576-1878
Email: danbeck@becklaw.net
        evanmlivingstone@gmail.com

Attorneys for Plaintiff, DON McCOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| **DON McCOMAS**, an individual,<br><br>                    Plaintiff,<br><br>   vs.<br><br>**CITY OF ROHNERT PARK** and **DAVID RODRIGUEZ**,<br><br>                    Defendants. | Case No.: 3:16-CV-02705-TEH<br><br>*Hon. Thelton E. Henderson*<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:   August 22, 2016<br>Time:   1:30 PM<br>Courtroom:  2<br><br>Action Filed:  May 18, 2016<br>Trial Date:    None |

TO THE HONORABLE COURT:

On August 22, 2016, the date of the case management conference in this matter, trial counsel for Plaintiff must appear in the morning in Lake County, California, over 2.5 hours away from San Francisco, and may not be able to reach this Court in time for the Case Management

-1-
STIPULATION AND ORDER FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

Conference.

The parties therefore agree, and Plaintiff's counsel respectfully requests, that the Court allow him to appear telephonically for the case management conference.

Dated: August 18, 2016  Respectfully submitted,

**BECK LAW, P.C.**

By: */s/ Daniel B. Beck*
Daniel B. Beck, Esq.
Attorneys for Plaintiff, DON McCOMAS

Dated: August 18, 2016

**GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.**

By: */s/ Raymond J. Fullerton, Esq.*
Raymond J. Fullerton, Esq.
Counsel for Defendants, CITY OF ROHNERT PARK and DAVID RODRIGUEZ

O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff's trial counsel, Daniel B. Beck, is allowed to appear telephonically at the case management conference scheduled in this matter on August 22, 2016 at 1:30 PM.

_____
Hon. Thelton E. Henderson

## DECLARATION OF DANIEL B. BECK

I, Daniel B. Beck, declare, as follows:

1. I am an attorney admitted to practice before the courts of California, and the United States District Court for the Northern District of California, and am counsel of record for the Plaintiff herein. I have personal knowledge of the matters set forth in the following paragraphs (except as to those matters stated upon information and belief, and as to those matters I believe them to be true).

2. I have just learned that on August 22, 2016, the date of the case management conference in this matter, I must appear at 8:30 in the morning in Lake County, California on the matter of People v. Norton, Lake County Case No. CR 940011 – C. This appearance is over 2.5 hours away from San Francisco, and I am greatly concerned that I may not be able to reach this Court in time for the Case Management Conference

I declare under the penalty of perjury of the laws of the state of California that the foregoing is true and correct.

Executed at Santa Rosa, California, on     August 18, 2016.


                                                      */s/ Daniel B. Beck*