# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date:** August 22, 2016

**Case No.**: 16-cv-02705-TEH     **Case Name:** Don McComas v. City of Rohnert Park et al

**Attorney for Plaintiff:** Daniel Beck (By Phone)
**Attorney for Defendant:** Raymond Fullerton

**Deputy Clerk:** Tracy Geiger                **Court Reporter:** Not Reported
**Time in Court:** 1:50 - 2:18 = 28 minutes

## PROCEEDINGS

Initial Case Management Conference held.

## SUMMARY

Trial and Related Dates Set:

May 16, 2017 at 9:00 AM for Jury Selection / Jury Trial (4 days)

May 1, 2017 at 3:00 PM for Pretrial Conference

January 30, 2017 - Fact Discovery Deadline

March 27, 2017 at 10:00 AM - Dispositive Motion Hearing

February 20, 2017 - Dispositive Motion Filing Deadline

Case previously referred to ADR Unit for Early Neutral Evaluation.

Case to be referred to Magistrate Judge for Mandatory Settlement Conference, parties to meet and confer re: agreement of Magistrate Judge,   defense counsel to notify court clerk no later than August 26, 2016 of such agreement. If parties are unable to agree - the case will be randomly assigned.