Daniel B. Beck, Esq.   SBN 63865
**BECK LAW, P.C.**
2681 Cleveland Avenue
Santa Rosa, CA   95403
Telephone:     (707) 576-7175
Facsimile:      (707) 576-1878
Email: danbeck@becklaw.net


Attorneys for Plaintiff, DON McCOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

| | |
|---|---|
| **DON McCOMAS**, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>**CITY OF ROHNERT PARK** and **DAVID RODRIGUEZ**,<br><br>                    Defendants. | Case No.: 3:16-CV-02705-TEH<br><br>*Hon. Thelton E. Henderson*<br><br>**Notice of Motion to Quash or Modify City of Rohnert Park's Subpoena to RPM Automotive**<br><br>Date: October 24, 2016<br>Time: 10:00 a.m.<br>Courtroom: 12 |

To all parties and their attorneys of record, please take notice that on October 24, 2016 at 10:00 am in Courtroom 12 of the above court located at 450 Golden Gate Avenue, San Francisco, CA, 94102, Plaintiff Don McComas will move the court for an order quashing or modifying the subpoena by City of Rohnert Park to Mr. McComas' employer RPM Automotive

-1-
**Motion to Quash Subpoena to RPM- Notice**

Services requesting Mr. McComas' entire personnel file.

This motion is made pursuant to FRCP 45(d)(3) on the grounds that the information sought is not relevant to Mr. McComas' civil rights action against a police officer of the City of Rohnert Park and the information sought is privileged and private based on Mr. McComas' rights of personal privacy under the California Constitution, Article 1, section 1.

This motion is based on this Notice, the Memorandum of Points and Authority, the Declaration of Daniel Beck and exhibits attached.

Dated September 16, 2016								BECK LAW, P.C.

												By:	*/s/ Daniel B. Beck*
													Daniel B. Beck
													Attorneys for Plaintiff
													Don McComas